UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)   CR-06-2130-FVS |
| v. | )<br>)   ORDER QUASHING WARRANT |
| JUAN GUERRERO, | )<br>) |
| Defendant. | )<br>) |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that the warrant for the arrest of defendant, Juan Guerrego, is hereby quashed.

DATED this 19th day of August, 2013.

s/Lonny R. Suko
———————————————
LONNY R. SUKO
UNITED STATES DISTRICT COURT JUDGE

1