PROB 12C
(7/93)

Report Date: November 19, 2013

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Guerrero                Case Number: 0980 2:06CR02130-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 13, 2007

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 84 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 21, 2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: October 8, 2016 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 25, and December 13, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |
| | **Supporting Evidence**: Mr. Guerrero failed to report to the U.S. Probation Office within 72 hours of being released from custody on November 12, 2013. |
| | Mr. Guerrero was release from a Washington State Department of Corrections' (DOC) facility in Tumwater, on November 12, 2013. On November 15, 2013, this probation officer contacted Mr. Guerrero and reminded him of his reporting requirement. The defendant was directed to report this same date by 3:30 p.m., but failed to report as directed. At this time, Mr. Guerrero's current whereabouts are unknown. |
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Guerrero failed to report as directed by his probation officer on November 15, 2013. |

Prob12C
**Re: Guerrero, Juan**
**November 19, 2013**
**Page 2**

On November 15, 2013, contact was made with Mr. Guerrero and he was directed to report to the U.S. Probation Office this same date by 3:30 p.m. At 4 p.m. an attempt was made to reach Mr. Guerrero on his home and cellular telephones with no success. Voice mail messages were left on both of these numbers to contact this officer. Mr. Guerrero failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings, with the violations previously reported to the Court on October 25, and December 13, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 19, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

11/20/13

Date