PROB 12C
(7/93)

Report Date:  November 18, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Guerrero, Jr.                    Case Number: 0980 2:06CR02130-FVS-1

Address of Offender: ██████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 13, 2007

Original Offense:        Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 84 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon                 Date Supervision Commenced: June 26, 2015

Defense Attorney:        Diane E. Hehir                   Date Supervision Expires: September 25, 2016

---

### PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The offender shall report to the probation officer in a manner and frequency directed by the Court and probation officer. |
| | **Supporting Evidence**: On November 12, 2015, Mr. Guerrero was directed by this officer to report to the U.S. Probation Office on November 13, 2015, after his substance abuse group session.  On November 13, 2015, Mr. Guerrero failed to attend his substance abuse group session and failed to report to the U.S. Probation Office as directed.  His cell phone is turned off and his current whereabouts are unknown. |
| 2 | **Standard Condition # 9**: The offender shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On November 12, 2015, this officer spoke with Mr. Guerrero on the phone. Mr. Guerrero informed this officer he was currently in Vantage with Daniel E. Price. Mr. Price is a convicted felon, who had a warrant out of this court, for violating his conditions of supervised release, docket number 2:06CR00070-RMP-2.  Mr. Guerrero did not have permission to associate with Mr. Price. |

Prob12C

**Re: Guerrero, Jr., Juan**
**November 18, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 18, 2015
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

s/Fred Van Sickle
_____
Signature of Judicial Officer

November 19, 2015
_____
Date