PROB 12C  
(7/93)

Report Date: February 24, 2016

# United States District Court

for the

## Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Guerrero, Jr.    Case Number: 0980 2:06CR02130-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian,  U.S. District Judge

Date of Original Sentence: June 13, 2007

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 26, 2015 |
| Defense Attorney: | To be determined | Date Supervision Expires: September 25, 2016 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/18/2015.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The offender shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: Mr. Guerrero was arrested during a traffic stop in Williston, North Dakota, on February 22, 2016. Mr. Guerrero did not receive permission from U.S. probation to travel outside the Eastern District of Washington. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 24, 2016

s/Phil Casey

Phil Casey  
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [xx] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/25/2016

Date