Guerr PROB 12C
(6/16)

Report Date: October 4, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 05, 2016**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Guerrero                Case Number: 0980 2:06CR02130-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98908

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 13, 2007

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>January 9, 2014 | Prison 21 months<br>TSR 15 months | |
| Revocation Sentence<br>March 21, 2016 | Prison 3 months<br>12 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 2, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: June 1, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Guerrero tested positive for amphetamine and methamphetamine on September 21, 2016.<br><br>On September 21, 2016, Mr. Guerrero submitted a presumptive positive test for amphetamine and methamphetamine at the Department of Corrections. The defendant denied illegal drug use; however, on September 25, 2016, the laboratory results returned positive for the presence of amphetamine and methamphetamine. |

Prob12C
**Re: Guerrero, Juan**
**October 4, 2016**
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Guerrero failed to report a change of address as of October 3, 2016.

On September 29, 2016, contact was made with Mr. Guerrero's sister in regards to the defendant's whereabouts. She advised that the defendant had gone on the run. She stated that he left her residence last week and then 2 days ago he came home to return her vehicle then left again. She stated she does not know his current whereabouts.

3   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Guerrero failed to notify his probation officer prior to quitting his job at CJ Meats in Wapato, Washington, on or before October 4, 2016.

According to staff at CJ Meats, the defendant's sister picked up Mr. Guerrero's last check on September 23, 2016. She also reported that the defendant would be needing to miss a couple of days of work as he needed to go do some days in jail. Mr. Guerrero has not returned to work since, and he is not in custody. His employment was terminated as of October 4, 2016, for failing to report to work.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 4, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/5/2016
Date